United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Theodore Jay Wells

    Debtor

Case No. 26-00949-HWV

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Theodore Jay Wells, 47 Wren Court, Abbottstown, PA 17301-9003 |
| 5794283 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5794303 | + | WEBBANK/ONEMAIN/FIS, PO BOX 3316, EVANSVILLE, IN 47732-3316 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 13 2026 18:45:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5794287 | + | Email/PDF: bncnotices@becket-lee.com | May 13 2026 18:55:55 | AMEX, CORRESPONDENCEBANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5796439 | + | Email/Text: bkfilings@zwickerpc.com | May 13 2026 18:45:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5794288 | | Email/Text: collectionsbankruptcy@belco.org | May 13 2026 18:45:00 | BELCO COMMUNITY CREDIT UNION, ATTN: BANKRUPTCY, 449 EISENHOWER BLVD., HARRISBURG, PA 17111 |
| 5794289 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2026 18:44:02 | CAPITALONE, CAPITAL ONE, ATTN: BANKRUPTCY, P.O. BOX 1330, CHARLOTTE, NC 28201-1330 |
| 5794290 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 13 2026 18:45:00 | CREDIT COLLECTION SERVICES, ATTN: BANKRUPTCY, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 5794291 | | Email/Text: bankruptcy@creditfresh.com | May 13 2026 18:45:00 | CREDITFRESH, 200 CONTINENTAL DRIVE, SUITE 401, NEWARK, DE 19713 |
| 5794282 | | Email/Text: hrohrbaugh@cgalaw.com | May 13 2026 18:45:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5794292 | | Email/Text: collecadminbankruptcy@fnni.com | May 13 2026 18:45:00 | FIRST NATIONAL BANK OF OMAHA, ATTN: BANKRUPTCY, PO BOX 3128, OMAHA, NE 68103 |
| 5794293 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 13 2026 18:44:21 | FST PREMIER, ATTN: BANKRUPTCY, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 5794284 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 13 2026 18:45:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5802423 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 13 2026 18:45:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

| Recip ID | | Method | Date | Name and Address |
|---|---|---|---|---|
| 5794294 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 13 2026 18:45:00 | LOANCARE LLC, ATTN: BANKRUTPTCY, P.O.BOX 8068, VIRGINIA BEACH, VA 23450-8068 |
| 5794295 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2026 18:45:00 | MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 5794296 | | Email/Text: EBN@Mohela.com | May 13 2026 18:45:00 | MOHELA/DOFED, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 5802954 | | Email/PDF: cbp@omf.com | May 13 2026 18:44:21 | OneMain Financial Group, LLC, PO BOX 3251, Evansville, IN 47731-3251 |
| 5801671 | + | Email/PDF: cbp@omf.com | May 13 2026 18:44:21 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5794285 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2026 18:45:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5798916 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 13 2026 18:45:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5799434 | | Email/Text: bnc-quantum@quantum3group.com | May 13 2026 18:45:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5795931 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 18:55:32 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5794297 | + | Email/PDF: cbp@omf.com | May 13 2026 18:44:04 | SPRINGLF FIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5794299 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2026 18:44:02 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965065, ORLANDO, FL 32896-5065 |
| 5794300 | + | Email/Text: bncmail@w-legal.com | May 13 2026 18:45:00 | TARGET NB, CO FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5794301 | | Email/Text: bankruptcies@uplift.com | May 13 2026 18:45:00 | UPLIFT, INC., ATTN: BANKRUPTCY, 275 BATTERY STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 5794302 | ^ | MEBN | May 13 2026 18:40:48 | UPMC PINNACLE, P O BOX 2353, HARRISBURG, PA 17105-2353 |
| 5795017 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 13 2026 18:44:04 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5794304 | | Email/Text: bankruptcynotification@wellspan.org | May 13 2026 18:45:00 | WELLSPAN HEALTH, P.O. BOX 15119, YORK, PA 17405-7119 |
| 5794286 | | Email/Text: kcm@yatb.com | May 13 2026 18:45:32 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5794298 | | SYNCB/WALMART |
| 5794281 | *+ | THEODORE JAY WELLS, 47 WREN COURT, ABBOTTSTOWN, PA 17301-9003 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Theodore Jay Wells hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Theodore Jay Wells,

     **Debtor 1**

Chapter     13

Case No.     1:26–bk–00949–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1–267–552–4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: June 25, 2026<br><br>Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901–2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 13, 2026 |

ntnew341 (09/23)