| Wells, Theodore J | | ID: 2449 | Direct Deposit # D000071172 | | Gettysburg Area School District | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 03/27/2026 | | 4,911.89 | 34,383.23 | 03/21/2026 | Federal Tax | 354.58 | 30,207.06 | 2,451.01 |

| MAR | EX | ADD FED | Personal | Sick | Vacation | | | | |
|---|---|---|---|---|---|---|---|---|---|
| M | 3 | 0.00 | 0.500 | 13.500 | 15.000 | Soc. Sec. Tax | 294.23 | 33,235.79 | 2,060.62 |

| Payment Type | Reg | OT | Fctr | Rate | Amount | Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|---|---|---|---|---|---|
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 4,911.89 | 4,911.89 | Medicare Tax | 68.81 | 33,235.79 | 481.92 |
| | | | | | | PA State Tax | 145.69 | 33,235.79 | 1,020.35 |
| | | | | | | UC Tax | 3.44 | 34,383.23 | 24.08 |
| | | | | | | Retirement -TD | 368.39 | 34,383.23 | 2,578.73 |
| | | | | | | Local EIT | 47.46 | 33,235.79 | 332.38 |
| | | | | | | LST | 2.00 | | 14.00 |
| | | | | | | Ameriprise 403b | 0.00 | | 250.00 |
| | | | | | | Dental Ins 125 | 4.34 | | 26.04 |
| | | | | | | Health Ins 125 | 136.90 | | 821.40 |
| | | | | | | HSA - EE Cont. | 25.00 | | 300.00 |
| | | | | | | SecurityBen 403 | 25.00 | | 200.00 |
| | | | | | | **Net Pay** | | | **3,436.05** |

Bank Information

PNC                                         S        3,436.05

Direct Deposit # D000071172

| Date | 03/27/2026 |
|---|---|
| Amount | $3,436.05 |

THEODORE J WELLS                        *213*
47 WREN COURT
ABBOTTSTOWN PA   17301

| Wells, Theodore J | | ID: 2449 | | Direct Deposit # D000070713 |
|---|---|---|---|---|

Gettysburg Area School District

| Pay Date | Gross Wages | YTD Wages | Abs. Balance | Date as of: |
|---|---|---|---|---|
| 03/13/2026 | 4,911.89 | 29,471.34 | | 03/07/2026 |

| MAR | EX | ADD FED | Personal | Sick | Vacation |
|---|---|---|---|---|---|
| M | 3 | 0.00 | 0.500 | 14.500 | 18.000 |

| Payment Type | Reg | OT | Fctr | Rate | Amount |
|---|---|---|---|---|---|
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 4,911.89 | 4,911.89 |

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| Federal Tax | 354.58 | 25,854.80 | 2,096.43 |
| Soc. Sec. Tax | 294.23 | 28,490.14 | 1,766.39 |
| Medicare Tax | 68.81 | 28,490.14 | 413.11 |
| PA State Tax | 145.69 | 28,490.14 | 874.66 |
| UC Tax | 3.44 | 29,471.34 | 20.64 |
| Retirement -TD | 368.39 | 29,471.34 | 2,210.34 |
| Local EIT | 47.46 | 28,490.14 | 284.92 |
| LST | 2.00 | | 12.00 |
| Ameriprise 403b | 0.00 | | 250.00 |
| Dental Ins 125 | 4.34 | | 21.70 |
| Health Ins 125 | 136.90 | | 684.50 |
| HSA - EE Cont. | 25.00 | | 275.00 |
| SecurityBen 403 | 25.00 | | 175.00 |
| **Net Pay** | | | **3,436.05** |

Bank Information

PNC                                                        S        3,436.05

Direct Deposit # D000070713

| Date | 03/13/2026 |
|---|---|
| Amount | $3,436.05 |

THEODORE J WELLS                          *213*
47 WREN COURT
ABBOTTSTOWN PA   17301

| Wells, Theodore J | | ID: 2449 | Direct Deposit # D000070285 | | Gettysburg Area School District | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 02/27/2026 | | 4,911.89 | 24,559.45 | 02/21/2026 | Federal Tax | 354.58 | 21,502.54 | 1,741.85 |

| MAR | EX | ADD FED | Personal | Sick | Vacation | | Soc. Sec. Tax | 294.23 | 23,744.49 | 1,472.16 |
|---|---|---|---|---|---|---|---|---|---|---|
| M | 3 | 0.00 | 0.500 | 16.500 | 18.000 | | Medicare Tax | 68.81 | 23,744.49 | 344.30 |

| Payment Type | Reg | OT | Fctr | Rate | Amount | Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|---|---|---|---|---|---|
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 4,911.89 | 4,911.89 | PA State Tax | 145.69 | 23,744.49 | 728.97 |
| | | | | | | UC Tax | 3.44 | 24,559.45 | 17.20 |
| | | | | | | Retirement -TD | 368.39 | 24,559.45 | 1,841.95 |
| | | | | | | Local EIT | 47.46 | 23,744.49 | 237.46 |
| | | | | | | LST | 2.00 | | 10.00 |
| | | | | | | Ameriprise 403b | 0.00 | | 250.00 |
| | | | | | | Dental Ins 125 | 4.34 | | 17.36 |
| | | | | | | Health Ins 125 | 136.90 | | 547.60 |
| | | | | | | HSA - EE Cont. | 25.00 | | 250.00 |
| | | | | | | SecurityBen 403 | 25.00 | | 150.00 |
| | | | | | | **Net Pay** | | | **3,436.05** |

Bank Information

PNC                                                                     S        3,436.05

Direct Deposit # D000070285

| | |
|---|---|
| Date | 02/27/2026 |
| Amount | $3,436.05 |

THEODORE J WELLS                              *213*
47 WREN COURT
ABBOTTSTOWN PA   17301

| Wells, Theodore J | ID: 2449 | Direct Deposit # D000069806 |
|---|---|---|

| Pay Date | Gross Wages | YTD Wages | Abs. Balance Date as of: |
|---|---|---|---|
| 02/13/2026 | 4,911.89 | 19,647.56 | 02/07/2026 |

| MAR | EX | ADD FED | Personal | Sick | Vacation |
|---|---|---|---|---|---|
| M | 3 | 0.00 | 1.500 | 16.500 | 18.000 |

| Payment Type | Reg | OT | Fctr | Rate | Amount |
|---|---|---|---|---|---|
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 4,911.89 | 4,911.89 |

**Gettysburg Area School District**

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| Federal Tax | 336.58 | 17,150.28 | 1,387.27 |
| Soc. Sec. Tax | 291.13 | 18,998.84 | 1,177.93 |
| Medicare Tax | 68.09 | 18,998.84 | 275.49 |
| PA State Tax | 144.16 | 18,998.84 | 583.28 |
| UC Tax | 3.44 | 19,647.56 | 13.76 |
| Retirement -TD | 368.39 | 19,647.56 | 1,473.56 |
| Local EIT | 46.96 | 18,998.84 | 190.00 |
| LST | 2.00 | | 8.00 |
| Ameriprise 403b | 0.00 | | 250.00 |
| Dental Ins 125 | 4.34 | | 13.02 |
| Health Ins 125 | 136.90 | | 410.70 |
| HSA - EE Cont. | 75.00 | | 225.00 |
| SecurityBen 403 | 125.00 | | 125.00 |

| | Net Pay | 3,309.90 |
|---|---|---|

Bank Information

PNC        S  3,309.90

Direct Deposit # D000069806

| Date | 02/13/2026 |
|---|---|
| Amount | $3,309.90 |

THEODORE J WELLS     *213*
47 WREN COURT
ABBOTTSTOWN PA 17301

| Wells, Theodore J | | ID: 2449 | Direct Deposit # D000069390 | | Gettysburg Area School District | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 01/30/2026 | | 4,911.89 | 14,735.67 | 01/24/2026 | Federal Tax | 377.53 | 12,948.02 | 1,050.69 |

| MAR | EX | ADD FED | Personal | Sick | Vacation | | Soc. Sec. Tax | 304.54 | 14,303.19 | 886.80 |
|---|---|---|---|---|---|---|---|---|---|---|
| M | 3 | 0.00 | 1.500 | 16.500 | 18.000 | | Medicare Tax | 71.22 | 14,303.19 | 207.40 |

| Payment Type | Reg | OT | Fctr | Rate | Amount | PA State Tax | 150.80 | 14,303.19 | 439.12 |
|---|---|---|---|---|---|---|---|---|---|
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 4,911.89 | 4,911.89 | UC Tax | 3.44 | 14,735.67 | 10.32 |
| | | | | | | Retirement -TD | 368.39 | 14,735.67 | 1,105.17 |
| | | | | | | Local EIT | 49.12 | 14,303.19 | 143.04 |
| | | | | | | LST | 2.00 | | 6.00 |
| | | | | | | Ameriprise 403b | 0.00 | | 250.00 |
| | | | | | | Dental Ins 125 | 0.00 | | 8.68 |
| | | | | | | Health Ins 125 | 0.00 | | 273.80 |
| | | | | | | HSA - EE Cont. | 0.00 | | 150.00 |

| | | Net Pay | 3,584.85 |
|---|---|---|---|

**Please note: This is the 3rd pay of the month. Therefore, most regular bi-weekly deductions will not occur.**

Bank Information

PNC       S   3,584.85

Direct Deposit # D000069390

| Date | 01/30/2026 |
|---|---|
| Amount | $3,584.85 |

THEODORE J WELLS       *213*
47 WREN COURT
ABBOTTSTOWN PA   17301

| Wells, Theodore J | | ID: 2449 | Direct Deposit # D000068907 | | Gettysburg Area School District | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 01/16/2026 | | 4,911.89 | 9,823.78 | 01/10/2026 | Federal Tax | 336.58 | 8,404.52 | 673.16 |
| MAR | EX  ADD FED | Personal | Sick | Vacation | Soc. Sec. Tax | 291.13 | 9,391.30 | 582.26 |
| M | 3  0.00 | 1.500 | 17.000 | 18.000 | Medicare Tax | 68.09 | 9,391.30 | 136.18 |
| Payment Type | | Reg  OT | Fctr  Rate | Amount | PA State Tax | 144.16 | 9,391.30 | 288.32 |
| Per Pay Salary | | 1.00  0.00 | 0.00  4,911.89 | 4,911.89 | UC Tax | 3.44 | 9,823.78 | 6.88 |
| | | | | | Retirement -TD | 368.39 | 9,823.78 | 736.78 |
| | | | | | Local EIT | 46.96 | 9,391.30 | 93.92 |
| | | | | | LST | 2.00 | | 4.00 |
| | | | | | Ameriprise 403b | 125.00 | | 250.00 |
| | | | | | Dental Ins 125 | 4.34 | | 8.68 |
| | | | | | Health Ins 125 | 136.90 | | 273.80 |
| | | | | | HSA - EE Cont. | 75.00 | | 150.00 |
| | | | | | **Net Pay** | | | **3,309.90** |

Bank Information

PNC

S    3,309.90

Direct Deposit # D000068907

| Date | 01/16/2026 |
|---|---|
| Amount | $3,309.90 |

THEODORE J WELLS                      *213*
47 WREN COURT
ABBOTTSTOWN PA   17301

| Wells, Theodore J | ID: 2449 | Direct Deposit # D000068477 | | Gettysburg Area School District | | | |
|---|---|---|---|---|---|---|---|

| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|---|---|---|---|---|---|
| 01/02/2026 | | 4,911.89 | | 4,911.89 | 12/27/2025 | Federal Tax | 336.58 | 4,202.26 | 336.58 |

| MAR | EX | ADD FED | Personal | Sick | Vacation | | | | |
|---|---|---|---|---|---|---|---|---|---|
| M | 3 | 0.00 | 1.500 | 17.000 | 22.000 | Soc. Sec. Tax | 291.13 | 4,695.65 | 291.13 |
| | | | | | | Medicare Tax | 68.09 | 4,695.65 | 68.09 |

| Payment Type | Reg | OT | Fctr | Rate | Amount | PA State Tax | 144.16 | 4,695.65 | 144.16 |
|---|---|---|---|---|---|---|---|---|---|
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 4,911.89 | 4,911.89 | UC Tax | 3.44 | 4,911.89 | 3.44 |
| Employer HSA Contributions | 1.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 | Retirement -TD | 368.39 | 4,911.89 | 368.39 |
| | | | | | | Local EIT | 46.96 | 4,695.65 | 46.96 |
| | | | | | | LST | 2.00 | | 2.00 |
| | | | | | | Ameriprise 403b | 125.00 | | 125.00 |
| | | | | | | Dental Ins 125 | 4.34 | | 4.34 |
| | | | | | | Health Ins 125 | 136.90 | | 136.90 |
| | | | | | | HSA - EE Cont. | 75.00 | | 75.00 |

| | Net Pay | 3,309.90 |
|---|---|---|

* 2026 ER HSA Contribution - January*

Bank Information

PNC                                                     S        3,309.90

Direct Deposit # D000068477

| Date | 01/02/2026 |
|---|---|
| Amount | $3,309.90 |

THEODORE J WELLS                          *213*
47 WREN COURT
ABBOTTSTOWN PA   17301