In re:                                                              Case No. 26-00949-HWV

Theodore Jay Wells                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                        Page 1 of 3

Date Rcvd: Jul 31, 2026                 Form ID: ntcnfhrg                      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theodore Jay Wells, 47 Wren Court, Abbottstown, PA 17301-9003 |
| 5794283 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5794303 | + | WEBBANK/ONEMAIN/FIS, PO BOX 3316, EVANSVILLE, IN 47732-3316 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 31 2026 19:03:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5794287 | + | Email/PDF: bncnotices@becket-lee.com | Jul 31 2026 19:09:25 | AMEX, CORRESPONDENCEBANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5796439 | + | Email/Text: bkfilings@zwickerpc.com | Jul 31 2026 19:03:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5794288 | | Email/Text: collectionsbankruptcy@belco.org | Jul 31 2026 19:02:00 | BELCO COMMUNITY CREDIT UNION, ATTN: BANKRUPTCY, 449 EISENHOWER BLVD., HARRISBURG, PA 17111 |
| 5794289 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2026 19:09:19 | CAPITALONE, CAPITAL ONE, ATTN: BANKRUPTCY, P.O. BOX 1330, CHARLOTTE, NC 28201-1330 |
| 5794290 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 31 2026 19:03:00 | CREDIT COLLECTION SERVICES, ATTN: BANKRUPTCY, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 5794291 | | Email/Text: bankruptcy@creditfresh.com | Jul 31 2026 19:03:00 | CREDITFRESH, 200 CONTINENTAL DRIVE, SUITE 401, NEWARK, DE 19713 |
| 5794282 | | Email/Text: hrohrbaugh@cgalaw.com | Jul 31 2026 19:03:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5794292 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 31 2026 19:03:00 | FIRST NATIONAL BANK OF OMAHA, ATTN: BANKRUPTCY, PO BOX 3128, OMAHA, NE 68103 |
| 5794293 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 31 2026 19:09:15 | FST PREMIER, ATTN: BANKRUPTCY, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 5794284 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2026 19:03:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5802423 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2026 19:03:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

| 5794294 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 31 2026 19:03:00 | LOANCARE LLC, ATTN: BANKRUTPTCY, P.O.BOX 8068, VIRGINIA BEACH, VA 23450-8068 |
| 5812208 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 31 2026 19:03:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5794295 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2026 19:03:00 | MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 5794296 | | Email/Text: EBN@Mohela.com | Jul 31 2026 19:03:00 | MOHELA/DOFED, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 5804721 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2026 19:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5804426 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 31 2026 19:03:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5802954 | | Email/PDF: cbp@omf.com | Jul 31 2026 19:09:24 | OneMain Financial Group, LLC, PO BOX 3251, Evansville, IN 47731-3251 |
| 5801671 | + | Email/PDF: cbp@omf.com | Jul 31 2026 19:09:13 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5794285 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2026 19:03:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5810054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 01 2026 06:50:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5798916 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2026 19:03:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5799434 | | Email/Text: bnc-quantum@quantum3group.com | Jul 31 2026 19:03:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5795931 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 19:09:25 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5794297 | + | Email/PDF: cbp@omf.com | Jul 31 2026 19:09:13 | SPRINGLF FIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5794299 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 19:09:19 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965065, ORLANDO, FL 32896-5065 |
| 5794300 | + | Email/Text: bncmail@w-legal.com | Jul 31 2026 19:03:00 | TARGET NB, CO FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5794301 | | Email/Text: bankruptcies@uplift.com | Jul 31 2026 19:03:00 | UPLIFT, INC., ATTN: BANKRUPTCY, 275 BATTERY STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 5811228 | + | Email/Text: BNCnotices@dcmservices.com | Jul 31 2026 19:03:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5794302 | ^ | MEBN | Jul 31 2026 19:01:15 | UPMC PINNACLE, P O BOX 2353, HARRISBURG, PA 17105-2353 |
| 5795017 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 31 2026 19:09:25 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5808658 | | Email/PDF: ebn_ais@aisinfo.com | Jul 31 2026 19:09:16 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

| 5794304 | Email/Text: bankruptcynotification@wellspan.org | | |
|---|---|---|---|
| | | Jul 31 2026 19:03:00 | WELLSPAN HEALTH, P.O. BOX 15119, YORK, PA 17405-7119 |
| 5794286 | Email/Text: kcm@yatb.com | | |
| | | Jul 31 2026 19:03:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5794298 | | SYNCB/WALMART |
| 5794281 | *+ | THEODORE JAY WELLS, 47 WREN COURT, ABBOTTSTOWN, PA 17301-9003 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Theodore Jay Wells hrohrbaugh@cgalaw.com ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com;ycaraballo@cgalaw.com;jrosenau@cgalaw.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Theodore Jay Wells,                          Chapter          13

    **Debtor 1**

                Case No.          1:26−bk−00949−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 2, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 9, 2026<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 31, 2026 |

ntcnfhrg (08/21)