UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>THEODORE JAY WELLS<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>THEODORE JAY WELLS<br>Respondent | CHAPTER 13<br><br>CASE NO. 1:26-BK-00949-HWV |

**TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtor's plan for the following reason(s):

1. Failure to properly state the minimum amount to be paid to unsecured creditors in Section 1.A.4. of the Plan, as required by the Means Test.

2. Trustee avers that Debtor's Plan cannot be administered due to the lack of the following: Debtor has not provided to Trustee a copy of his credit report.

3. Debtor's Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that the Debtor has not submitted all or such portion of the disposable income to Trustee as required. More specifically, Trustee alleges, and therefore avers, that Debtor's disposable income is greater than that of which is committed to the Plan based upon the Means Test calculation and specifically disputes the following: a) Plan payment calculation sum of Lines 34, 35, 36, and 45; b) Trustee requests verification of Health Care expenses as indicated on Lines 7 and 22; and c) Line 34 for arrears is paid through the Plan, and therefore does not reduce the means test minimum.

4. The Trustee avers that the Debtor's Plan is not feasible as it is ambiguous as to the Base amount.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor's plan.
b. Dismiss or convert Debtor's case.
c. Provide such other relief as is equitable and just.

Dated: October 26, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA 17401

Dated: October 26, 2026

/s/ Tanya Scannelli

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee